# UNITED STATES COURT OF APPEALS
# DISTRICT OF COLUMBIA CIRCUIT

333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

**Case Caption:** Martin Luther King, Jr. County

v.

Sean Duffy, et al.

**Case No:** 25-1224

## ENTRY OF APPEARANCE

The Clerk shall enter my appearance as ● Retained  ○ Pro Bono  ○ Appointed (CJA/FPD)  ○ Gov't counsel

for the ● Appellant(s)/Petitioner(s)  ○ Appellee(s)/Respondent(s)  ○ Intervenor(s)  ○ Amicus Curiae below:

### Party Information
(List each represented party individually - Use an additional blank sheet as necessary)

Martin Luther King, Jr. County

### Counsel Information

**Lead Counsel:** Eugene Lee

**Direct Phone:** (206) 602-1230  **Fax:** (206) 245-1750  **Email:** eugene.lee@pacificalawgroup.com

**2nd Counsel:**

**Direct Phone:** (   )        **Fax:** (   )        **Email:**

**3rd Counsel:**

**Direct Phone:** (   )    -     **Fax:** (   )    -     **Email:**

**Firm Name:** Pacifica Law Group

**Firm Address:** 401 Union Street, Suite 1600, Seattle, WA 98101

**Firm Phone:** (206) 245-1700  **Fax:** (206) 245-1750  **Email:**

Notes: This form must be submitted by a member of the Bar of the U.S. Court of Appeals for the D.C. Circuit. **Names of non-member attorneys listed above will not be entered on the court's docket.** Applications for admission are available on the court's web site at http://www.cadc.uscourts.gov/.

USCA Form 44
March 2017 (REVISED)