[ORAL ARGUMENT NOT SCHEDULED]

IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| MARTIN LUTHER KING, JR. COUNTY,<br><br>　　　　　　　　Petitioner,<br><br>v.<br><br>SEAN DUFFY IN HIS OFFICIAL CAPACITY AS SECRETARY OF THE U.S. DEPARTMENT OF TRANSPORTATION; THE U.S. DEPARTMENT OF TRANSPORTATION; THE FEDERAL MOTOR CARRIER SAFETY ADMINISTRATION; AND THE UNITED STATES<br><br>　　　　　　　　Respondents. | No. 25-1224<br>(Consolidated with<br> No. 25-1215) |

**STATEMENT OF ISSUES TO BE RAISED**

Petitioner expects to raise the following issues in this petition for review:

1. Whether Respondent the Federal Motor Carrier Safety Administration (FMCSA) lacked good cause to issue its interim final rule titled "Restoring Integrity to the Issuance of Non-Domiciled Commercial

1

PACIFICA LAW GROUP LLP
401 UNION STREET
SUITE 1600
SEATTLE, WASHINGTON 98101-2668
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

Drivers Licenses (CDL)," 90 Fed. Reg. 46509 (Sept. 29. 2025), as corrected 90 Fed. Reg. 47627 (Oct. 2, 2025) (the IFR), without following the Administrative Procedure Act's notice-and-comment requirements.

2. Whether FMCSA violated 49 U.S.C. § 31308 by issuing the IFR without "consultation with the States."

3. Whether FMCSA exceeded its statutory authority in issuing the IFR.

4. Whether the IFR is arbitrary, capricious, or otherwise contrary to law under the Administrative Procedure Act.

Dated: November 17, 2025       Respectfully submitted,

By: *s/Kevin J. Kennedy*
Paul J. Lawrence
Kevin J. Kennedy
Eugene Lee
PACIFICA LAW GROUP LLP
401 Union Street, Suite 1600
Seattle, WA 98101-2668
(206) 245-1700
paul.lawrence@pacificalawgroup.com
kevin.kennedy@pacificalawgroup.com
eugene.lee@pacificalawgroup.com

*Counsel for Petitioner in No. 25-1224*

2

PACIFICA LAW GROUP LLP
401 UNION STREET
SUITE 1600
SEATTLE, WASHINGTON 98101-2668
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

## CERTIFICATE OF SERVICE

I hereby certify that on November 17, 2025, the foregoing document was served through the Court's ECF system on counsel for all parties.

                                                   */s/ Kevin J. Kennedy*
                                                   Kevin J. Kennedy

PACIFICA LAW GROUP LLP
401 UNION STREET
SUITE 1600
SEATTLE, WASHINGTON 98101-2668
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750