# UNITED STATES COURT OF APPEALS
## DISTRICT OF COLUMBIA CIRCUIT

333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

## DOCKETING STATEMENT
*Administrative Agency Review Proceedings (To be completed by appellant/petitioner)*

1. CASE NO. 25-1224
2. DATE DOCKETED: 10-23-2025
3. CASE NAME (lead parties only): Martin Luther King, Jr. County v. Sean Duffy, in his official capacity
4. TYPE OF CASE: ☒ Review  ☐ Appeal  ☐ Enforcement  ☐ Complaint  ☐ Tax Court
5. IS THIS CASE REQUIRED BY STATUTE TO BE EXPEDITED? ☐ Yes ☒ No
   If YES, cite statute
6. CASE INFORMATION:
   a. Identify agency whose order is to be reviewed: Federal Motor Carrier Safety Administration
   b. Give agency docket or order number(s): Docket No. FMCSA-2025-0622
   c. Give date(s) of order(s): September 29, 2025
   d. Has a request for rehearing or reconsideration been filed at the agency? ☐ Yes ☒ No
      If so, when was it filled? ____ By whom? ____
      Has the agency acted? ☐ Yes ☐ No  If so, when? ____
   e. Identify the basis of appellant's/petitioner's claim of standing. See D.C. Cir. Rule 15(c)(2):
      Petitioner has lost training investments in individuals who cannot obtain or have lost their commercial drivers licenses due to the rule. Petitioner also faces safety risks due to the rule.
   f. Are any other cases involving the same underlying agency order pending in this Court or any other?
      ☒ Yes  ☐ No     If YES, identify case name(s), docket number(s), and court(s)
      Jorge Rivera Lujan v. FMCSA, No. 25-1215 (D.C. Cir.), consolidated with this case
   g. Are any other caess, to counsel's knowledge, pending before the agency, this Court, another Circuit Court, or the Supreme Court which involve *substantially the same issues* as the instant case presents?
      ☐ Yes ☒ No     If YES, give case name(s) and number(s) of these cases and identify court/agency:
   h. Have the parties attempted to resolve the issues in this case through arbitration, mediation, or any other alternative for dispute resolution? ☐ Yes ☒ No  If YES, provide program name and participation dates.

Signature: /s/ Kevin J. Kennedy         Date: 11/14/2025
Name of Party (Print): Martin Luther King, Jr. County
Name of Counsel for Appellant/Petitioner (Print): Kevin J. Kennedy
Address: Pacifica Law Group LLP 401 Union Street, Suite 1600 Seattle, WA 98101-2668
E-Mail: Kevin.Kennedy@pacificalawgroup.com   Phone ( 206 ) 245-1728   Fax ( 206 ) 245-1750

**ATTACH A CERTIFICATE OF SERVICE**

Note: If counsel for any other party believes that the information submitted is inaccurate or incomplete, counsel may so advise the Clerk within 7 calendar days by letter, with copies to all other parties, specifically referring to the challenged statement. An original and three copies of such letter should be submitted.

USCA Form 41
August 2009 (REVISED)

## CERTIFICATE OF SERVICE

I hereby certify that on November 17, 2025, the foregoing document was served through the Court's ECF system on counsel for all parties.

                                */s/ Kevin J. Kennedy*
                                Kevin J. Kennedy

PACIFICA LAW GROUP LLP
401 UNION STREET
SUITE 1600
SEATTLE, WASHINGTON 98101-2668
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750