**[ORAL ARGUMENT NOT SCHEDULED]**

IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| MARTIN LUTHER KING, JR. COUNTY,<br><br>                       Petitioner,<br><br>  v.<br><br>SEAN DUFFY IN HIS OFFICIAL CAPACITY AS SECRETARY OF THE U.S. DEPARTMENT OF TRANSPORTATION; THE U.S. DEPARTMENT OF TRANSPORTATION; THE FEDERAL MOTOR CARRIER SAFETY ADMINISTRATION; AND THE UNITED STATES<br><br>                       Respondents. | No. 25-1224<br>(Consolidated with<br> No. 25-1215) |

**STATEMENT OF INTENT TO UTILIZE
DEFERRED JOINT APPENDIX**

Pursuant to Federal Rule of Appellate Procedure 30(c) and D.C. Circuit Rule 30(c), Petitioner states that it does not intend to utilize a deferred joint appendix.

PACIFICA LAW GROUP LLP
401 UNION STREET
SUITE 1600
SEATTLE, WASHINGTON 98101-2668
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

Dated: November 17, 2025       Respectfully submitted,

                        By: *s/Kevin J. Kennedy*
Paul J. Lawrence
Kevin J. Kennedy
Eugene Lee
PACIFICA LAW GROUP LLP
401 Union Street, Suite 1600
Seattle, WA 98101-2668
(206) 245-1700
paul.lawrence@pacificalawgroup.com
kevin.kennedy@pacificalawgroup.com
eugene.lee@pacificalawgroup.com

*Counsel for Petitioner in No. 25-1224*

2

PACIFICA LAW GROUP LLP
401 UNION STREET
SUITE 1600
SEATTLE, WASHINGTON 98101-2668
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

## CERTIFICATE OF SERVICE

I hereby certify that on November 17, 2025, the foregoing document was served through the Court's ECF system on counsel for all parties.

                                          */s/ Kevin J. Kennedy*
                                          Kevin J. Kennedy

PACIFICA LAW GROUP LLP
401 UNION STREET
SUITE 1600
SEATTLE, WASHINGTON 98101-2668
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750