[ORAL ARGUMENT NOT SCHEDULED]

IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| MARTIN LUTHER KING, JR. COUNTY,<br><br>                          Petitioner,<br><br>   v.<br><br>SEAN DUFFY IN HIS OFFICIAL CAPACITY AS SECRETARY OF THE U.S. DEPARTMENT OF TRANSPORTATION; THE U.S. DEPARTMENT OF TRANSPORTATION; THE FEDERAL MOTOR CARRIER SAFETY ADMINISTRATION; AND THE UNITED STATES<br><br>                        Respondents. | No. 25-1224<br>(Consolidated with<br> No. 25-1215) |

**CERTIFICATE AS TO PARTIES, RULINGS,
AND RELATED CASES**

Pursuant to D.C. Circuit Rule 15(c)(3) and D.C. Circuit Rule 28(a)(1), the undersigned counsel certifies as follows:

    A.    **Parties and Amici**

Petitioner in No. 25-1224 is Martin Luther King, Jr. County.

PACIFICA LAW GROUP LLP
401 UNION STREET
SUITE 1600
SEATTLE, WASHINGTON 98101-2668
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

Respondents are Sean Duffy in his official capacity as Secretary of the United States Department of Transportation, the United States Department of Transportation, the Federal Motor Carrier Safety Administration, and the United States.

In the consolidated case, No. 25-1215, the petitioners are Jorge Rivera Lujan; Aleksei Semenovskii; American Federation of State, County & Municipal Employees, AFL-CIO; and American Federation of Teachers, AFL-CIO. The respondents are the Federal Motor Carrier Safety Administration, the United States Department of Transportation, and the United States.

As of this filing, amici supporting petitioners in the consolidated cases are City of Albany, New York; City of Cambridge, Massachusetts; Montgomery County, Maryland; City of New York, New York; City and County of San Francisco, California; Mayor Celina Benitez, City of Mount Rainier, Maryland; Councilmember Jesse Brown, City of Indianapolis, Indiana; Mayor Chelsea Byers, City of West Hollywood, California; Councilmember Chris Canales, City of El Paso, Texas; Supervisor Michael Chameides, County of Columbia, New York; Mayor

2

PACIFICA LAW GROUP LLP
401 UNION STREET
SUITE 1600
SEATTLE, WASHINGTON 98101-2668
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

John Clark, Town of Ridgway, Colorado; Councilmember Alison Coombs, City of Aurora, Colorado; Councilmember Christine Corrado, Township of Brighton, New York; Supervisor Nikki Fortunato Bas, Alameda County, California; Councilmember Brenda Gadd, Metropolitan Nashville and Davidson County, Tennessee; Mayor Pro Tempore Caroline Torosis, City of Santa Monica, California; Councilmember Terry Vo, Metropolitan Nashville and Davidson County, Tennessee; Councilmember Ginny Welsch, Metropolitan Nashville and Davidson County, Tennessee; Councilmember Robin Wilt, Township of Brighton, New York; Asylum Seeker Advocacy Project; National Employment Law Project; the Sikh Coalition; the Gurdwara Sahib of Stockton; the Jakara Movement; Sikh American Legal Defense and Education Fund; United Sikhs; California Sikh Youth Alliance; and Umeed-Hope.

Amicus curiae supporting respondents is the Federation for American Immigration Reform.

### B.   Rulings Under Review

Petitioner seeks review of the interim final rule issued by

PACIFICA LAW GROUP LLP
401 UNION STREET
SUITE 1600
SEATTLE, WASHINGTON 98101-2668
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

respondent the Federal Motor Carrier Safety Administration, titled "Restoring Integrity to the Issuance of Non-Domiciled Commercial Drivers Licenses (CDL)," 90 Fed. Reg. 46509 (Sept. 29, 2025), as corrected 90 Fed. Reg. 47627 (Oct. 2, 2025).

### C. Related Cases

The case on review has never previously been before this Court or any other court. There is one related case pending before this Court, No. 25-1215, which this Court has consolidated with this case. Undersigned counsel is unaware of any other related cases pending in this Court or any other court.

Dated: November 17, 2025          Respectfully submitted,

By: *s/Kevin J. Kennedy*
Paul J. Lawrence
Kevin J. Kennedy
Eugene Lee
PACIFICA LAW GROUP LLP
401 Union Street, Suite 1600
Seattle, WA 98101-2668
(206) 245-1700
paul.lawrence@pacificalawgroup.com
kevin.kennedy@pacificalawgroup.com
eugene.lee@pacificalawgroup.com

*Counsel for Petitioner in No. 25-1224*

PACIFICA LAW GROUP LLP
401 UNION STREET
SUITE 1600
SEATTLE, WASHINGTON 98101-2668
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

## CERTIFICATE OF SERVICE

I hereby certify that on November 17, 2025, the foregoing document was served through the Court's ECF system on counsel for all parties.

                           */s/ Kevin J. Kennedy*
                           Kevin J. Kennedy

PACIFICA LAW GROUP LLP
401 UNION STREET
SUITE 1600
SEATTLE, WASHINGTON 98101-2668
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750