[ORAL ARGUMENT NOT SCHEDULED]

IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| MARTIN LUTHER KING, JR. COUNTY,<br><br>Petitioner,<br><br>v.<br><br>SEAN DUFFY IN HIS OFFICIAL CAPACITY AS SECRETARY OF THE U.S. DEPARTMENT OF TRANSPORTATION; THE U.S. DEPARTMENT OF TRANSPORTATION; THE FEDERAL MOTOR CARRIER SAFETY ADMINISTRATION; AND THE UNITED STATES,<br><br>Respondents. | No. 25-1224<br>(Consolidated with<br> No. 25-1215) |

**PETITIONER'S RESPONSE TO RESPONDENTS' MOTION TO HOLD PETITIONS IN ABEYANCE**

On November 13, 2025, this Court granted Petitioners' emergency motions to stay the interim final rule of the Federal Motor Carrier Safety Administration (FMCSA) entitled "Restoring Integrity to the Issuance of Non-Domiciled Commercial Drivers Licenses (CDL)," 90

1

PACIFICA LAW GROUP LLP
401 UNION STREET
SUITE 1600
SEATTLE, WASHINGTON 98101-2668
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

Fed. Reg. 46509 (Sept. 29, 2025), as corrected 90 Fed. Reg. 47627 (Oct. 2, 2025). The Court stayed the Rule in its entirety. As a result, the interim final rule is not in effect.

On November 19, 2025, Respondents filed a motion to hold the petitions in abeyance. According to Respondents, FMCSA plans to promulgate a final rule and thus Respondents seek an abeyance while the agency issues that final rule.

Petitioner Martin Luther King, Jr. County does not oppose Respondents' motion.

Dated: November 25, 2025          Respectfully submitted,

By: *s/Kevin J. Kennedy*
Paul J. Lawrence
Kevin J. Kennedy
Eugene Lee
PACIFICA LAW GROUP LLP
401 Union Street, Suite 1600
Seattle, WA 98101-2668
(206) 245-1700
paul.lawrence@pacificalawgroup.com
kevin.kennedy@pacificalawgroup.com
eugene.lee@pacificalawgroup.com

*Counsel for Petitioner in No. 25-1224*

2

PACIFICA LAW GROUP LLP
401 UNION STREET
SUITE 1600
SEATTLE, WASHINGTON 98101-2668
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

# CERTIFICATE OF COMPLIANCE

This document complies with the type-volume limitations of Fed. R. App. P. 27(d)(2)(A) because, excluding the parts of the document exempted by the Federal Rules of Appellate Procedure and this Court's rules, this document contains 119 words, as calculated by Microsoft Word 365.

This document complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type-style requirements of Fed. R. App. P. 32(a)(6) because this document has been prepared in a proportionally spaced typeface, 14-point Century Schoolbook, using Microsoft Word 365.

*/s/ Kevin J. Kennedy*
Kevin J. Kennedy

3

PACIFICA LAW GROUP LLP
401 UNION STREET
SUITE 1600
SEATTLE, WASHINGTON 98101-2668
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

## CERTIFICATE OF SERVICE

I hereby certify that on November 25, 2025, the foregoing document was served through the Court's ECF system on counsel for all parties.

 /s/ Kevin J. Kennedy  
Kevin J. Kennedy

4

PACIFICA LAW GROUP LLP
401 UNION STREET
SUITE 1600
SEATTLE, WASHINGTON 98101-2668
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750