# United States Court of Appeals
### For The District of Columbia Circuit

_____

**No. 25-1215**             **September Term, 2025**

**FMCS-2025-0622**
**FMCS-90FR46509**

**Filed On:** November 10, 2025

Jorge Rivera Lujan, et al.,

     Petitioners

    v.

Federal Motor Carrier Safety Administration, et al.,

     Respondents

------------------------------

Consolidated with 25-1224

    **BEFORE:**    Henderson*, Wilkins, and Pan, Circuit Judges

### O R D E R

Upon consideration of the emergency motions for stay pending review, the joint opposition to those motions, and the replies, it is

**ORDERED** that the Federal Motor Carrier Safety Administration's interim final rule, 90 Fed. Reg. 46,509 (Sept. 29, 2025), be administratively stayed pending further order of the court. The purpose of this administrative stay is to give the court sufficient opportunity to consider the emergency motions for stay pending review and should not be construed in any way as a ruling on the merits of those motions. See <u>D.C. Circuit Handbook of Practice and Internal Procedures</u> 33 (2025).

### Per Curiam

                                        **FOR THE COURT:**
                                        Clifton B. Cislak, Clerk

                            BY:     /s/
                                      Selena R. Gancasz
                                      Deputy Clerk

* Circuit Judge Henderson would not grant an administrative stay.