**[ORAL ARGUMENT NOT SCHEDULED]**

**UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT**

| | |
|---|---|
| Jorge River Lujan, et al.,<br>                    Petitioners,<br><br>                v.<br><br>Federal Motor Carrier Safety<br>Administration, et al.,<br>                    Respondents. | No. 25-1215<br>(Consolidated with<br>No. 25-1224) |

**STATEMENT OF ISSUES TO BE RAISED**

Petitioners expect to raise the following issues in this petition for review:

1.      Whether the interim final rule titled Restoring Integrity to the Issuance of Non-Domiciled Commercial Drivers Licenses (CDLs), published in the Federal Register by Respondent Federal Motor Carrier Safety Administration (FCMSA) on September 29, 2025, at 90 Fed. Reg. 46509, as corrected 90 Fed. Reg. 47627 (Oct. 2, 2025), is arbitrary, capricious, or otherwise contrary to law.

2. Whether FMCSA lacked good cause to issue the interim final rule and to make the rule immediately effective without following the Administrative Procedure Act's notice-and-comment requirements.

Respectfully submitted,

/s/ *Wendy Liu*

Teague Paterson
Matthew Blumin
 American Federation of
  State, County &
  Municipal Employees,
  AFL-CIO
1625 L Street NW
Washington, DC 20036
(202) 775-5900

*Counsel for Petitioner AFSCME*

Daniel McNeil
Channing Cooper
American Federation of Teachers,
 AFL-CIO
555 New Jersey Avenue NW
Washington, DC 20001
(202) 879-4400

*Counsel for Petitioner AFT*

Wendy Liu
Cormac Early
Allison M. Zieve
Public Citizen Litigation Group
1600 20th Street NW
Washington, DC 20009
(202) 588-1000
wliu@citizen.org

*Counsel for All Petitioners in
No. 25-1215*

November 10, 2025

## CERTIFICATE OF SERVICE

I hereby certify that, on November 10, 2025, the foregoing document was served through the Court's ECF system on counsel for all parties.

/s/ *Wendy Liu*
Wendy Liu