# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 25-1215**  **September Term, 2025**

FMCS-2025-0622
FMCS-90FR46509

**Filed On:** December 22, 2025

Jorge Rivera Lujan, et al.,

    Petitioners

    v.

Federal Motor Carrier Safety Administration, et al.,

    Respondents

------------------------------

Consolidated with 25-1224

    **BEFORE:** Rao, Walker, and Childs, Circuit Judges

## O R D E R

Upon consideration of the motion to intervene and for emergency relief pending review filed December 17, 2025, it is

**ORDERED** that the motion be denied. First, movant failed to move to intervene in time and has not established good cause for extending the deadline. See Fed. R. App. P. 15(d), 26(b). Second, he has not shown that California currently plans to cancel his commercial driver's license given that California's letter to him predated this court issuing a stay. Third, because California is not a party to this case, movant has not demonstrated that this court could grant him relief that would "prevent irreparable harm." Mexichem Specialty Resins, Inc. v. EPA, 787 F.3d 544, 555 (D.C. Cir. 2015) (quoting Chaplaincy of Full Gospel Churches v. England, 454 F.3d 290, 297 (D.C. Cir. 2006)).

**Per Curiam**

                    **FOR THE COURT:**
                    Clifton B. Cislak, Clerk

        BY: /s/
                  Lynda M. Flippin
                  Deputy Clerk